In the United States District Court

( Revilla )
Petitioner )
and )
State of Ohio )
Respondant )

FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 FEB 23 PM 2:28

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

2:23 CV 0749

JUDGE SARGUS
MAGISTRATE JUDGE GENTRY

Motion to Proceed in forma Pauperis

Comes now ( Julian Revilla ) moving In Pro Per pursuant to "Informa Pauperis" and title 28 U.S.C. § 2254, and states that:

My monthly income is 0.00, that I own no property, nor do I possess any money in savings.

That I was indigent when I was arrested in Ohio, and I am to be considered indigent throughout this Continuation of these matters

dated 2/8/22

Petitioner / In Pro Per